Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.H., individually and on behalf of B.<br><br>Plaintiff(s),<br><br>v.<br><br>ANTHEM BLUE CROSS<br><br>Defendant(s). | Case No: 4:22-CV-7660-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Brian S. King, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: A.H., invidiually and on behalf of B.H. in the above-entitled action. My local co-counsel in this case is David Lilienstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 420 E. South Temple, Ste. 420<br>Salt Lake City, UT 84111 | 345 Franklin Street<br>San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (801) 532-1739 | (415) 678-5050 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| brian@briansking.com | david@dllawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4610.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/22

Brian S. King
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Brian S. King is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/19/2023

[DENIED stamp — Judge Haywood S. Gilliam Jr.]

UNITED STATES DISTRICT JUDGE                *October 2012*

*PRO HAC VICE* APPLICATION & ORDER

AO 136

## CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Brian S. King

Bar # **4610**, was duly admitted to practice in this Court on 09/30/1985, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah
on December 20, 2022

Gary P. Serdar

*Clerk*

*(By) Deputy Clerk*