UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., individually and on beha, <br><br>Plaintiff(s), <br><br>v. <br><br>ANTHEM BLUE CROSS, <br><br>Defendant(s). | Case No. 4:22-cv-7660 - HSG <br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br>(CIVIL LOCAL RULE 11-3) |

I, Brian S. King, an active member in good standing of the bar of Utah, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: A.H., individually and on behalf in the above-entitled action. My local co-counsel in this case is David Lilienstein, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 218923.

| | |
|---|---|
| 420 E South Temple, Ste 420, SLC UT 84111 <br>MY ADDRESS OF RECORD | 345 Franklin Street, San Francisco, CA 94102 <br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 801-532-1739 <br>MY TELEPHONE # OF RECORD | 415-678-5050 <br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brian@briansking.com <br>MY EMAIL ADDRESS OF RECORD | david@dllawgroup.com <br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4610.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2023        Brian S. King
       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian S. King is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/13/2023

_Haywood S. Gill, Jr._
UNITED STATES DISTRICT JUDGE

AO 136

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

### District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

## Brian S. King

Bar # **4610**, was duly admitted to practice in this Court on 09/30/1985, and is in good standing as a member of the bar of this Court.

Dated at Salt Lake City, Utah on December 20, 2022

Gary P. Serdar
*Clerk*

*(By) Deputy Clerk*