Brian S. King, Esq. (*pro hac vice*)
**BRIAN S. KING, P.C.**
420 E South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., individually and on behalf of B.H. a minor,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS.<br><br>Defendant. | Case No. 4:22-cv-7660-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>ORDER RE:<br>**MOTION TO DISMISS BRIEFING SCHEDULE** |

Based on the parties' stipulated motion and for good cause appearing, the proposed briefing schedule for Defendant's Motion to Dismiss is hereby ORDERED:

- Deadline for Defendant to refile its Motion to Dismiss is February 28, 2023

- Deadline for Plaintiff to respond to the Motion to Dismiss is March 20, 2023

- Deadline for Defendant to file its Reply is April 12, 2023

DATED this 23rd day of February, 2023

_____
Honorable Haywood S. Gilliam, Jr.

1