TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130-2092

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., individually and on behalf of B.H. a minor,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHEM BLUE CROSS,<br><br>    Defendant, | Case No. 4:22-cv-07660-HSG<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANT'S TIME TO SERVE ADMINISTRATIVE RECORD**<br><br>***Honorable Haywood S. Gilliam, Jr.***<br><br>Complaint Filed: March 21, 2022 |

161866254v1

The Court, having considered the parties Stipulation Motion to Extend Defendant's Time to Serve Administrative Record, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. The Extension for Defendant to Serve the Administrative Record is GRANTED.

**IT IS SO ORDERED.**

Dated: 8/24/2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge