United States District Court
Northern District of California

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    A.H.,                                    Case No.  22-cv-07660-HSG

8                    Plaintiff,               **SCHEDULING ORDER**

9            v.

10   ANTHEM BLUE CROSS,

11                   Defendant.

12

13          The parties have filed a stipulation to extend the case deadlines to accommodate their

14   anticipated mediation.  Dkt. No. 73.  Having considered the parties' proposal, the Court **SETS** the

15   following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

16

| Event | Deadline |
|---|---|
| Deadline to Complete Mediation | December 1, 2023 |
| Close of Discovery | January 31, 2024 |
| Plaintiff's Opening Rule 52 Motion for Judgment | April 9, 2024 |
| Defendant's Motion/Opposition to Motion for Judgment | May 1, 2024 |
| Plaintiff's Reply in Support of Motion for Judgment/ Opposition | May 15, 2024 |
| Defendant's Reply in Support of Motion for Judgment | May 29, 2024 |
| Rule 52 Motion Hearing/ Bench Trial | June 21, 2024, at 10:00 a.m. |

26   //

27   //

28   //

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This terminates Dkt. No. 73.

**IT IS SO ORDERED.**

Dated:    10/23/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2