Brian S. King, #4610 (*pro hac vice*)
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

David M. Lilienstein, SBN 218923
david@dllawgroup.com
Katie J. Spielman, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H., individually and on behalf of B.H. a minor,<br><br>Plaintiff,<br>vs.<br><br>ANTHEM BLUE CROSS.<br><br>Defendant. | Case No. 4:22-CV-7660-HSG<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE ; ORDER<br><br>Honorable Haywood S. Gilliam, Jr. |

Now come Plaintiff A.H., individually and on behalf of B.H., a minor and Defendant

Anthem Blue Cross, stipulate that the above-styled action shall be dismissed with prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses of litigation.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this 6th day of February, 2024

*Haywood S. Gill, Jr.*
United States District Judge